**E-FILED**
Thursday, 25 October, 2007  04:30:21 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

| | |
|---|---|
| **CASSIETTE WEST-WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Case No. 04-2165 |
| **CAROL STACK, BETH SHEPPERD,** ) | |
| **MEL CRAFTER, ARTHUR CULVER,** ) | |
| **and DAVID SHOLEM,** ) | |
| **Defendants.** ) | |

# ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties.

**IT IS, THEREFORE, ORDERED as follows:**

1. The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal signed by both parties. Stipulation of dismissal is due by **November 28, 2007.**

2. All time tables and scheduled hearings are VACATED until further order.

3. Any pending motions in this case are rendered MOOT. If settlement does not occur, the parties can request that the motions be reinstated.

ENTER this 25th day of October, 2007.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE