E-FILED
Friday, 02 November, 2007   01:12:52 PM
Clerk, U.S. District Court, ILCD

08796-P1413
JCK:tlp
G:\13\P1413\P1413SET 001

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CASSIETTE WEST-WILLIAMS, | ) |
| Plaintiff, | ) |
| vs. | ) File No.   04-2165 |
| CAROL STACK, BETH SHEPPERD, MEL CRAFTER, ARTHUR CULVER, and DAVE SHOLEM, | ) |
| Defendants. | ) |

**STIPULATION FOR DISMISSAL**

NOW COME the parties, by their respective counsel, and stipulate and agree that the above and foregoing cause of action of the Plaintiff, CASSIETTE WEST-WILLIAMS, be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.

s/ Robert G. Kirchner                                   s/ James C. Kearns
                                                        Attorney for Defendants
Attorney for Plaintiff                                  Heyl, Royster, Voelker & Allen
Robert G. Kirchner Law Office                           Suite 300
Suite 402                                               102 E. Main Street
100 Trade Centre Drive                                  P.O. Box 129
Champaign, IL  61820                                    Urbana, IL 61803-0129
217-355-5660 Phone                                      217-344-0060 Phone
217-355-5675 Fax                                        217-344-9295 Fax
E-mail: rkg-kirchnerlaw@sbcglobal.net                   E-mail: jkearns@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Robert G. Kirchner
Attorney at Law
Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL  61820
rgk-kirchnerlaw@sbcglobal.net

                                                       s/ James C. Kearns
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: jkearns@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060